UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:12CR010 SNLJ NAB |
| MOR THIAM, | ) | |
| Defendant. | ) | |

## ORDER RELATING TO DEFENDANT'S MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS AND SPEEDY TRIAL ACT FINDING

This matter is pending before the undersigned pursuant to 28 U.S.C. § 636(b) for pretrial matters. The Defendant was arraigned on **January 30, 2012**, and pled not guilty to the offenses charged in the indictment. At that time, Defendant submitted a written request for additional time to obtain and review discovery materials, and to determine whether and/or what pretrial motions should be filed in this matter.

Based on the above, the undersigned believes, for the reasons set forth in the Defendant's motion, that denying the Defendant's motion would deny counsel for the Defendant the reasonable time necessary for effective preparation of any pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting this motion outweigh the best interest of the public and the Defendant in a speedy trial, and therefore, the time granted to prepare pretrial motions, or a waiver thereof, is excluded from computation of the Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(c)(1).

Accordingly,

**IT IS HEREBY ORDERED** that the Request for Additional Time to Obtain and Review Discovery Materials and to Determine Whether and/or What Pretrial Motions Should be Filed be **GRANTED**. The Defendant shall file pretrial motions no later than **February 10, 2012**.

**IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), the time granted by this order to review discovery and prepare pretrial motions or a waiver thereof is excluded from computation of speedy trial time.

        /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of January, 2012.